UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:

    Nelson D Jaime                                  Chapter 13
    Dolores Jaime                                 Case Number 17-24674-TJC

    Debtors

_____

## **OBJECTION TO CONFIRMATION**

Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. by its undersigned attorneys, Orlans PC, hereby objects to the confirmation of the Chapter 13 plan filed by the Debtors Nelson D Jaime and Dolores Jaime ("Debtors"), and as grounds therefore states as follows:

1.     On or about October 17, 2006, Nelson D Jaime executed and delivered to Countrywide Home Loans, Inc. a promissory note (the "Note") in the amount of TWO HUNDRED EIGHTY-NINE THOUSAND TWO HUNDRED FIFTY DOLLARS AND NO CENTS ($289,250.00), plus interest at the fixed rate of 6% per annum, to be paid over thirty (30) years.

2.     Nelson D Jaime and Dolores Jaime executed a mortgage to Countrywide Home Loans, Inc. dated October 17, 2006. The Mortgage is a first mortgage on real property owned by the Debtors known and numbered as 1317 Dilston Road, Silver Springs, MD 20903.

3.     The Mortgage is materially in default.

4.     The Debtors' Chapter 13 Plan proposes to pay post-petition monthly mortgage payments directly to Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. and a pre-petition arrearage of $20,000.00.

5. The Debtors' Chapter 13 Plan understates the pre-petition arrearage and fails to propose a reasonable length of time to cure the pre-petition arrearage.

6. The mortgage is non-modifiable pursuant to 11 U.S.C. §1322(b)(2).

7. As of November 2, 2017, the pre-petition arrearage was approximately $24,367.05.

8. Creditor, Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., must receive the regular monthly mortgage payment of $1,400.65 plus at least $676.86 a month on the pre-petition arrearage in the order for the arrearage to be cured within a reasonable length of time.

9. That Debtors' Chapter 13 Plan appears under-funded to cure the pre-petition arrearage within a reasonable length of time.

10. Depending upon any additional facts learned before the hearing on confirmation, Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. reserves the right to assert that the Plan was not proposed in good faith pursuant to 11 U.S.C. § 1325(a)(3).

WHEREFORE, Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., by and through its attorneys prays that Confirmation be denied, and the case be dismissed, or in the alternative, Creditor prays that this Chapter 13 be converted to a Chapter 7 pursuant to 11 U.S.C. §1307(c).

Date:  January 24, 2018

                                              Respectfully submitted,

                                              /S/ Namrata Loomba
                                            Kathryn Smits, Bar # 13912
                                            Namrata Loomba, Bar # 20053
                                            Orlans PC
                                            PO Box 2548
                                            Leesburg, VA 20177
                                            (703)777-7101
                                            Attorneys for Federal National Mortgage
                                            Association ("Fannie Mae"), creditor c/o Seterus,
                                            Inc.
                                            ksmits@orlans.com
                                            nloomba@orlans.com

CERTIFICATE OF SERVICE

The undersigned states that on January 24, 2018, copies of Objection to Confirmation were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
grigsbyecf@ch13md.com
*Bankruptcy Trustee*

Brett Weiss
Chung & Press, LLC
6404 Ivy Lane, Suite 650
Greenbelt, MD 20770
brett@bankruptcylawmaryland.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of Objection to Confirmation to the following non-ECF participants:

Nelson D Jaime
1317 Dilston Road
Silver Spring, MD 20903
*Debtor*

Dolores Jaime
1317 Dilston Road
Rockville, MD 20903
*Debtor*

                                                                          ____/s/ Namrata Loomba_____
                                                                          Kathryn Smits, Esquire
                                                                          Namrata Loomba, Esquire